

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2022

No. 04-21-00450-CV

**INTEGRITY PAIN MANAGEMENT, PLLC**
Appellant/Cross-Appellee

v.

**DAVIS & ASSOCIATES MEDICAL CONSULTANTS, LLC**
Appellee/Cross-Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23848
Honorable Aaron Haas, Judge Presiding

# O R D E R

On April 6, 2022, appellant filed its brief under seal because the brief references portions of the trial record that was ordered sealed by the trial court. The basis for sealing was that portions of the record purportedly include "protected health information of numerous non-party patients to whom medical services were rendered." On April 12, 2022, we noted that the trial court's sealing order appears to be overly broad, and we ordered appellant—and appellee if it desired—to file a notice stating whether the brief discloses protected health information and where in the brief such information is disclosed. On April 13, 2022, appellant filed a notice stating that it did not believe any portion of its brief contains protected health information and that appellant did not believe there is any need to keep the brief sealed. Appellee did not file a notice, and the time for filing a notice has expired. In light of the foregoing, we **ORDER** appellant's brief be unsealed. We instruct the clerk of court to make appellant's brief publicly available.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2022.



MICHAEL A. CRUZ, Clerk of Court